**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Mitchell Washington KING, a/k/a Mitchel Washington King, Defendant–Appellant.**

No. 01–6555.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 31, 2001.

Decided Sept. 21, 2001.

Mitchell Washington King, pro se. Clifton Thomas Barrett, Assistant United States Attorney, Greensboro, NC, for appellee.

Before LUTTIG, DIANA GRIBBON MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

Mitchell Washington King seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. King,* Nos. CR–95–108; CA–99–1034–1 (M.D.N.C. filed Jan. 24, 2001, entered Jan. 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*